## NEW BREED LEASING CORP.,
### Plaintiff–Appellant,

### v.

## UNITED STATES, Defendant–Appellee,

### and

## APL Logistics Ltd., Defendant.

### No. 03–5090.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 19, 2003.

### *ORDER*

New Breed Leasing Corp. ("New Breed") moves for voluntary dismissal without prejudice of its notice of appeal to the United States Court of Appeals for the Federal Circuit in the above-captioned matter.

Upon consideration thereof,

IT IS ORDERED THAT:

New Breed's motion for voluntary dismissal is granted.